**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JACKELINE ROSMERY GARCIA MOTA,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN OF ADELANTO DETENTION CENTER, et al.,<br><br>            Respondents. | Case No. EDCV 26-1143-FLA (AS)<br><br>**ORDER REQUIRING RETURN TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241)** |

On March 11, 2026, Jackeline Rosmery Garcia Mota ("Petitioner"), who has been detained by U.S. Immigration and Customs Enforcement ("ICE") and is represented by counsel, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") challenging the legality of her ongoing civil immigration detention at the Adelanto Detention Center in Adelanto, California. (Dkt. No. 1). In order to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED** that:

1.    The Clerk of this Court shall promptly (a) serve a copy of the Petition and this Order on Respondents by delivering the Petition to the United States Attorney, Central District of

California, or his authorized agent, and (b) serve a copy of this Order on Petitioner.

2. Within **seven (7) days**, Respondents shall file and serve a Notice of Appearance, notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served and the attorney's telephone and fax numbers.

3. Within **fourteen (14) days**, Respondents shall file a Response to the Petition:

(a) If Respondents contend the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondents shall file a Motion to Dismiss confined to the basis for the contention that dismissal without reaching the merits of Petitioner's claims is warranted. At the time the Motion to Dismiss is filed, Respondents shall also lodge with the Court all records bearing on Respondents' contention in this regard.

(b) If Respondents file a Motion to Dismiss, Petitioner shall file an Opposition/Response to the Motion, or a Notice of Non-Opposition to the Motion, within **ten (10) days** of the date of service thereof. At the time the Opposition is filed (assuming an Opposition is filed), Petitioner shall lodge with the Court any records not lodged by Respondents which Petitioner believes may be relevant to the Court's determination of the Motion. Petitioner's Opposition shall state whether Petitioner admits or denies each

allegation of fact contained in the Motion, and be limited to facts and contentions responsive to matters raised in the Motion. The Court will not consider grounds for relief that Petitioner asserts for the first time in the Opposition. Petitioner is further advised that failure to oppose a Motion to Dismiss may be construed as consent to the granting of the Motion and dismissal of the action. See Local Rule 7-12.

(c)   Respondents shall file a Reply to Petitioner's Opposition to the Motion to Dismiss within **five (5) days** of service of Petitioner's Opposition/Response.

(d)   If Respondents do not contend the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondents shall file and serve an Answer to the Petition and shall lodge with the Court all records bearing on the merits of Petitioner's claims.

(e)   Petitioner may file a single Reply ("Reply") to matters raised in the Answer within **seven (7) days** of the date of service thereof. Any Reply filed by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. No Reply shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

4.   A request by a party for an extension of time within which to file any of the pleadings required will be granted only upon a showing of good cause and should be made in advance of the due date of the pleading.  Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary and by a proposed form order granting the requested extension.

5.   Unless the Court otherwise orders, this case shall be deemed submitted on the day following the date on which Respondents file a Reply in support of their Motion to Dismiss and/or Petitioner files a Reply to the Answer or the date on which such filing is due.

6.   Every document filed in the clerk's office or delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel.  Any document without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

**IT IS SO ORDERED.**

DATED: March 17, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

4