UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JACKELINE ROSMERY GARCIA MOTA,

                    Petitioner,

    v.

WARDEN OF ADELANTO DETENTION CENTER, *et al.*,

                    Respondents.

Case No. 5:26-cv-01143-FLA (AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE**

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed.  Accordingly, the court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting, in part, and denying, in part, the Petition and ordering Respondents to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on counsel for Petitioner and Respondent.

IT IS SO ORDERED.

Dated: April 21, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2