JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACKELINE ROSMERY GARCIA MOTA,

Petitioner,

v.

WARDEN OF ADELANTO DETENTION CENTER, *et al*.,

Respondents.

Case No. 5:26-cv-01143-FLA (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition is GRANTED.

Dated: April 21, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

1